WMN:BSK
F. #2010R01710/OCDETF #NYNYE537

```
                                          FILED
                                     IN CLERK'S OFFICE
                                 U.S. DISTRICT COURT E.D.N.Y.

                                  ★   SEP 2 6 2011   ★
```

UNITED STATES DISTRICT COURT         BROOKLYN OFFICE
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA             UNSEALING ORDER

    - against -               Cr. No. 10-1009(S-3)(ARR)

JOHN JAIRO SANCHEZ SALDARIAGGA, et
al.,

        Defendants.

- - - - - - - - - - - - - - - - -X

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney BONNIE S. KLAPPER, it is hereby

        ORDERED that the above-captioned matter be unsealed for all purposes as the defendants are now in custody.

Dated:    Brooklyn, New York
           September 23, 2011

                              /s/(RLM)
                            _____
                            HONORABLE ROANNE L. MANN
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK